# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GONZALEZ RUIZ,<br><br>        Petitioner,<br><br>   v.<br><br>RICHARD KIRKLAND, WARDEN,<br><br>        Respondent.<br>_____/ | CV F  05-1222 REC DLB HC<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[Doc. 5] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On December 13, 2005, the Magistrate Judge issued Findings and Recommendations that the instant petition be DISMISSED as successive. Petitioner filed objections on January 17, 2006.

    In his objections, Petitioner contends that his prior petition filed in CV-F-97-5654 was dismissed as untimely. A review of the file in CV-F-97-5654 REC HGB P indicates that the case was actually dismissed, without prejudice, for failure to exhaust the state court remedies. (CV-F-97-5654 REC HGB P, Court Doc. 17.) Thus, such a dismissal does not bar a second or subsequent petition to be filed. In re Turner, 101 F.3d 1323 (9th Cir. 1996) (holding that section 2244(b) does not apply to a second or subsequent habeas petition where the first petition was dismissed without prejudice for failure to exhaust state remedies). Therefore, because Petitioner's prior petition did not render the instant petition successive, the Findings and

1

Recommendations are not ADOPTED, and the matter is referred back to the Magistrate Judge for further proceedings.

```
    IT IS SO ORDERED.
```

**Dated:  January 31, 2006**            /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE

2